## UNITED STATES BANKRUPTCY COURT
## EASTERN DIVISION OF MICHIGAN
## SOUTHERN DIVISION

IN RE: Jeffrey William Nagel  
Cynthia Victora Nagel

Case Number: 03-67956-MBM  
Chapter 13  
Judge MARCI B. MCIVOR

### NOTICE OF UNCLAIMED DIVEDENDS

TO: CLERK OF THE COURT

The Trustee has attempted to deliver funds to the payee listed below in the course of administration of the estate. Having been unsuccessful in delivery of those funds, the Trustee has deposted those funds with the Clerk of the Court pursuant to 11 U.S.C. 347(a).

| Payee Name and Address | Transmittal Check Number to Clerk | Check Date | CheckAmount |
|---|---|---|---|
| Debtor Refund<br>JEFFREY WILLIAM NAGEL<br>CYNTHIA VICTORA NAGEL<br>3862 Evaline | 2537051 | December 08, 2009 | $4.92 |

Dated: December 11, 2009

/s/ David Wm. Ruskin

For the Office of the Chapter 13 Standing Trustee  
David Wm. Ruskin  
26555 Evergreen Ste 1100  
Southfield MI 48076  
(248) 352-7755